UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 3:17CR258-RJC |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| JASON REID | ) | |
| | ) | |

NOW COMES the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis does not attempt to set forth all of the facts known to the United States at this time. This Factual Basis is not a statement of the defendant, and, at this time, the defendant may not have provided information to the United States about the offenses to which the defendant is pleading guilty, or the defendant's relevant conduct, if any.

By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement. The parties also agree that this Factual Basis may, but need not, be used by the United States Probation Office and the Court in determining the applicable advisory guideline range under the *United States Sentencing Guidelines* or the appropriate sentence under 18 U.S.C. § 3553(a). The defendant agrees not to object to any fact set forth below being used by the Court or the United States Probation Office to determine the applicable advisory guideline range or the appropriate sentence under 18 U.S.C. § 3553(a) unless the defendant's right to object to such particular fact is explicitly reserved below. The parties' agreement does not preclude either party from hereafter presenting the Court with additional facts which do not contradict facts to which the parties have agreed not to object and which are relevant to the Court's guideline computations, to 18 U.S.C. § 3553 factors, or to the Court's overall sentencing decision.

1. In September, 2015 a 12 year old boy ("Child Victim 1" or "CV1"), using the website www.Omegle.com (Omegle), was in contact with an adult male, later identified as JASON REID. Using Omegle and later the chat application "Kik", CV1 and REID exchanged nude videos and images. During the Omegle session between REID and CV1, REID identified his Kik username as "Dodecahedron88."

2. The Federal Bureau of Investigation issued an administrative subpoena to Kik for IP addresses associated with the username "Dodecahedron88." The IP addresses identified through this subpoena, as well as subpoenas to Time Warner Cable, revealed

the subscriber of this username as REID, who resided at 1617 Umstead Street, Charlotte, North Carolina 28205.

3. On November 20, 2015, a federal search warrant was executed at 1617 Umstead Street, Charlotte, North Carolina 28205. During the search, REID was interviewed and admitted to being in contact with CV1 and masturbating with CV1 using Omegle. He also admitted to using Kik to chat with CV1 to receive pictures from CV1. REID claimed this was the only time that he had done something like that with a child. REID later admitted that the child pornography found on his computer during the search was received from Dropbox links he received through Kik chats. During the search, numerous items were seized belonging to REID including a MacBook laptop computer, a My book external hard drive, an iPhone 4s cellular phone, and an iPhone 6 cellular phone.

4. Following the search, an initial review of REID's iPhone showed that he was texting a 13-year-old girl ("Child Victim 2" or "CV2") using the application Kik. REID chatted with CV2 from August 3, 2015 to November 20, 2015. During these chats, REID told CV2 that one of his fetishes was young girls. On September 19, 2015, CV2 sent REID a picture of her vagina at his request. That same day, REID sent CV2 a picture of him masturbating to what appears to be child pornography. On November 30, 2015, CV2 sent REID another picture of her vagina. During these chats, REID and CV2 discussed REID and CV2's age, and that she is a virgin. On November 18, 2015, CV2 asked REID if he liked that he took a girl's virginity that was young. REID replied that he did. CV2 suffers from Autism Spectrum Disorder.

5. On November 23, 2015, REID was interviewed by FBI SA John C. Letterhos and Detective Aleta Dunbar of the Charlotte-Mecklenburg Police Department. During this interview, REID confessed to having sex with CV2 knowing that she was not above the age of consent. REID advised that he had sex with her outside in her back yard while her mom was at home. That same day, CV2 was forensically interviewed. CV2, who has been diagnosed with Autism Spectrum Disorder, confirmed that she and REID had sex.

6. A review of REID's cellular phone showed that he was using the application Kik to chat with numerous underage boys and girls. During his chats with these individuals, he would often request naked pictures from the minor boys and girls. Some of these children would send naked videos or images to REID and some would not. REID often would send pictures of his penis to these children even if they did not send a nude picture to him.

7. Through their investigation, the FBI agents were able to identify some of the children ("Child Victim 3" through "Child Victim 12") that REID had been communicating with via Kik Messenger:

2

a. Child Victim 3 – On September 8, 2015, REID chatted with a 14-year-old male. REID requested a picture of CV3's penis. CV3 sent pictures of his penis to REID. REID also sent a picture of his penis to CV3.

b. Child Victim 4 – CV4 was a 14-year-old male that met REID on Kik on June 21, 2015. REID sent CV4 a picture of his penis and requested a picture of CV4's penis. CV4 sent at least one picture of his penis.

c. Child Victim 5 – A 16-year-old male who communicated with REID via Kik between July 27, 2015 and August 16, 2015. REID asked CV5 to show him CV5's penis and CV5 sent a picture of himself naked.

d. Child Victim 6 – A 15-year-old female that communicated with REID via Kik from March 30, 2015 to March 31, 2015. REID asked CV6 for pictures of her vagina and CV6 sent him two such pictures. REID and CV6 also discussed meeting to have sex.

e. Child Victim 7 – A 16-year-old male who sent pictures of his penis to REID in October 2014. REID also sent a picture of his penis to CV7.

f. Child Victim 8 – Between March 1, 2015 and April 13, 2015, REID chatted via Kik with CV8, a 16-year-old male who sent at least one picture of his penis to REID at REID's request. REID also sent CV8 a picture of his penis.

g. Child Victim 9 – REID communicated online with CV9 from November 27, 2014 to July 7, 2015. CV9 was a 14-year-old female when they began chatting. CV9 and REID discussed dating but CV9 worried that she was too young for REID. REID told CV9 that his fetish is younger girls. REID asked CV9 on numerous occasions to send him pictures of her vagina. CV9 sent him a picture of her vagina and one of her completely nude body. REID also sent CV9 pictures of his penis.

h. Child Victim 10 – On November 9, 2014, REID requested a 14-year-old male to send pictures of his penis to REID. CV10 sent five pictures of his penis. The victim's parents would not allow CV10 to be interviewed, however the victim's mother did identify his Kik account as being the account in question.

i. Child Victim 11 – REID chatted online with CV11 from October 3, 2015 to October 6, 2015. CV11 was 13 years old at the time. On October 3, 2015, CV11 sent pictures of her vagina and of her naked body to REID at his request. REID also requested a video of CV11 digitally penetrating herself. REID and CV11 discussed sneaking out to have sex. REID subsequently traded the images of CV11 to another Kik user.

3

  j. Child Victim 12 – A 14-year-old female that sent multiple images of her vagina to REID on January 27, 2015. REID also sent CV12 pictures of his penis. An FBI Agent interviewed CV12. CV12 initially denied being involved in sending any naked images to REID and denied her Kik username. Her parents however identified her face and identified the comforter in the sanitized version of the graphic pictures as belonging to the victim. CV12 did finally admit that she did send graphic images of herself to REID but she continued to state that she did not recognize her Kik username. She also denied some images as being her. CV12 advised that REID threatened to hurt her if she ever told anyone. CV12 advised that REID called her and told her that he would make sure that she would not be able to testify. REID traded a picture of this victim to another Kik user.

8. Based on Kik chats between REID and some underage Kik users, REID and some victims may also have been using to Skype to exchange naked images and videos.

9. REID often utilized the website www.Omegle.com (Omegle) to entice male and female victims. Omegle is a web chatting site that partners a person with a stranger at random or based on a common subject. Users of Omegle can use a web camera to have a video chat with a stranger or they can do a chat only session. Users who use the webcam will have a split screen appear on their computer. One screen shows the user, and the other shows the person with whom they are chatting. In order to communicate, the users must type in their chats rather than have a verbal conversation. On numerous occasions, REID logged onto Omegle to video chat with females whose age is difficult to determine, however they appear to be middle to late teenage girls. One example is the file " ███████ This video records an Omegle session between REID and an unknown female. During this session REID ordered the female to strip naked, spread her legs and masturbate. The female appears to be around high school age. Another example is ██████████████ in which REID is shown masturbating on screen and ejaculates while a female who states she is 15 years old takes off her shorts and exposes her vagina.

10. REID also utilized a program called "Cam Twist" to entice underage children on Omegle. REID would participate in video chats with females who are or appear to be teenagers. In order to deceive the underage females into believing they were video chatting with a male that was also a teenager, REID would use the program "Cam Twist" to stream a video of teenage boys either naked or naked and masturbating. The "Cam Twist" videos were taken from his video library and replaced the true live video of REID. By doing so, the underage females would think they were chatting with a teenage male and not REID, who was 27 years old. While the video was playing, REID would still be typing the text messages. REID would record these sessions and save them to his external hard drive. The following is an example:

4

a. ████████████████████ — Using the program "Cam Twist", REID posted the video entitled ██████████████████████ to entice a 13-year-old female to expose her breasts and vagina on Omegle. The female admits to being 13 and is acting under the assumption that she is video chatting with a boy approximately her age. REID actually tells the girl he is 16 years of age. The girl gets undressed at REID's direction.

11. There are numerous other videos in which REID plays fake videos of teenage boys in order to entice girls to video chat and undress. In almost all of these videos REID attempted to entice the females to undress even though he was not always successful. The ages of the potential victims are difficult to determine, however most appear to be high school age.

12. REID also utilized the Kik application to receive and distribute child pornography, including some of the images he received from the child victims described above. REID traded child pornography. A review of REID's cell phone showed that he was involved with various Kik chat groups that were trading child pornography. REID also received and/or traded child pornography with at least eight individual Kik users.

13. Forensic examinations were also done on each of the items seized from REID. The MacBook computer contained 400 videos and 179 images of child pornography. Forty-five of the videos depicted sadistic, masochistic or other violent depictions. Two hundred and seventy two of the videos and 127 of the images depicted minors under the age of 12. Examples of the files located on the MacBook include:

a. ████████████████████████████ — this video depicts a female child that appears to be under the age of 12. She is wearing a dog collar and a mask while standing next to an adult male. Her wrists are bound together. She performs oral sex on the man.

b. ████████████████████ — this video depicts a naked female who is approximately 2 to 3 years old. An adult male puts his penis in her mouth and rubs his penis on the toddler's vagina.

14. The My Book External Hard Drive contained 27 images of child pornography. Fifteen of them depicted children under the age of 12. It also contained 10 pornographic videos of children under the age of 12 as well as 25 videos that REID created by recording his Omegle chat sessions with minors (as described in paragraphs 9 and 10). An example of a file located on the hard drive includes "█████████████" This image depicted a female minor that appears to be under the age of 12 engaging in sex with an adult male.

5

15. The cell phones were also analyzed. The iPhone 6 contained 67 images of child pornography although some appeared to be duplicates. The iPhone 4 contained 17 images of child pornography.

JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

CORTNEY RANDALL
ASSISTANT UNITED STATES ATTORNEY


## Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the Bill of Information, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Information, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis with the exception of those facts to which I have specifically reserved the right to object, and understands that it may be used for the purposes stated above.

DATED: _____

_____
ROB HEROY, Attorney for Defendant

6