# UNITED STATES DISTRICT COURT

2017 SEP 22  AM 8:57

WESTERN NORTH CAROLINA

for the

Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  3:17CR258 |
| | ) | |
| JASON REID | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    JASON REID

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☑ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

See attached affidavit.

FILED
CHARLOTTE, NC

OCT  2 2017

US District Court
Western District of NC

Date:    09/21/2017

_Issuing officer's signature_

City and state:    Charlotte, North Carolina

David C. Keesler, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 9/22/2017 , and the person was arrested on _(date)_ 10/2/2017 at _(city and state)_ CHARLOTTE, NC . |
| Date: 10/2/2017 |
| _Arresting officer's signature_ |
| BARBARA YATES, ASDUSM |
| _Printed name and title_ |