To Whom It May Concern,

My name is Megan Reid and I am writing this letter on behalf of Jason Reid. I have known Jason my entire life, as I am his older sister. I am currently a full time student pursuing a career in Nursing, I work at a restaurant in the Plaza-Midwood area of Charlotte and I also have a two and a half year old daughter.

Jason and I, along with the rest of our family, have always been close. We have always been a tight knit group with our family, and all of our extended family as well. Vacations and holidays are always spent as one big unit as we all cherish the time we spend together. Jason has always presented himself very well and has always been well liked among his friends and our entire family. He always has had such an impeccable work ethic, whether it be at the fireworks store when he was a teenager, to working full time in graphic design.

What Jason has done is completely out of character for him as it has sadly shaken up our families' world. I whole heartedly believe that my brother Jason will have no problem getting back to his morals with the counseling and guidance he needs. He has been cooperative throughout this entire process, and that should show that he is willing to do whatever it takes.

I ask that you please take into consideration the fact that Jason made a mistake, has owned up to his mistake, and is willing to do whatever it takes to get back to where he was before all of this happened. He has always been so kind, loving, compassionate, and an overall role model citizen. Jason has an amazing support system that is still standing by his side, and will always continue to do so. We are a family, and will always be a family no matter what happens.

I know my parents are worried that they won't be around when everything is all said and done regarding his sentencing, and that breaks my heart for them that they even have to think about that. I am sad that my daughter will not be able to grow up with someone who is so passionate and caring towards others.

Thank you so much for your time,

Megan Reid

To whom this may concern:

My name is David Reid. I am Jason's Uncle Dave and Jason's father's brother.

First and most importantly, I want to state what a horrible tragedy this is for all members of both families. We feel devastated for the young girl involved. We do. We also feel devastated for Jason. I cannot emphasize this enough. All of which has happened is beyond anyone's worst nightmare.

I want to tell you what Jason is not. He is not a murderer, gang member or someone with an elongated "rap" sheet. Before this, Jason was known as a simple law abiding citizen. Before this, there was no rap sheet on Jason of anything! Before this, Jason's record was so squeaky clean, I'm not sure that he even had a parking ticket. This is not an exaggeration. It is the truth.

Jason is not a violent person. He was never in a fist fight/other, has never owned/fired a gun, used a knife as a weapon. He is not a malicious person. He does not have a cruel bone in his body - I have fantasized the law enforcement person(s) interviewing Jason. On the outside, I pictured the enforcement officers firm and professional. But, on the inside, where one cannot be seen and sized up by others, I pictured them thinking, "How in the world did this poor slob get himself into this situation?" There was no "crime build-up/progression" with Jason. He went immediately from squeaky clean to someone that is looked at as worse than a murderer.

Jason is not a sexual predator looking for victims. What he is though is a very gentle painfully shy young man whose shyness and quietness masks, in my opinion, a social immaturity/awkwardness with people – which led him to get himself into this tragic situation. For example, before meeting this girl, I do not believe Jason was ever on a date in his life - ever. He did go to the high school prom with a friend, so they could say they went to the prom, but that was it. My brother told me that while in custody, Jason has had some form of a psychological profile. Surely, the evaluator must have noticed and profiled Jason's awkward immature shyness.

Jason is remorseful. Before this tragedy, Jason was a law abiding, productive member of society and hard working artist doubling as a graphic artist. His drawing abilities and artistry are off the charts.

In short, in my opinion, when Jason got attention from a female for the first time in his life, he and his immaturity went out of whack and he messed up big time. Because of this, he will pay for this horrible mistake for the rest of his life. Jason truly is a gentle soul. I beg for a merciful minimum sentence for Jason because this was his only only offense to society in his entire life. He was not sadistic. He was not brutal. He did not commit murder. He was immature and stupid. Please give him a second chance. If given, I'm very confident he will not blow it.

Sincerely,
Dave Reid

# Douglas S. Reid

5831 Charing Place, Charlotte, NC 28211

**June 30, 2017**

RE: Jason Reid

**To Whom It May Concern:**

My name is Doug Reid. I am Jason Reid's uncle. I have known him his entire life and I would like to share some of what I know about him. As I have watched Jason grow into adulthood, it has been clear that he possesses wonderful qualities of kindness, reliability and generosity. He has a hard-working and industrious spirit, always looking for projects to do and ways to help others. Every time I have ever asked him for help, he eagerly dropped everything to come to my aid and did so with a smile. One specific incident of this is when I had knee surgery several years ago. The person I originally had lined up to assist me had a change of plans, so I found myself needing to find someone to help me on short notice. So I called Jason and he unhesitatingly came to my aid, showing up promptly at 5:00 AM with a smile and eagerness to assist. He was patiently present before, during and after my surgery. He brought me home, and made sure that all of my needs were taken care before he left. This was not an isolated incident. He is always eager to help.

He has shown up consistently for numerous meaningful events and family gatherings, most notably travelling to West Virginia for my wedding, coming to the hospital when my son was born, and for the Baptisms of my wife and son, to name a few. My wife and I have even considered asking Jason to be our son's Godfather, as we believe he has so much to offer. We would love for Jason to play an active role in our young son's life.

Jason is a very productive citizen possessing a strong work ethic. When spending time with him it is immediately clear that he has many gifts to share with the world. He has held jobs consistently since he was a teen, working steadily and saving his money to buy his first home in his early twenties. He is a quick and eager learner. He is constantly trying to better himself. I sent him a list of the 'Best Books of All Time' and he immediately made requests for books from the list. The last time I checked, he had read about two thirds of the books! This is an insight into the kind of person Jason is. I know he wants to do his best to make a productive use of his time while serving his sentence.

We, his family, love him and believe in him. My wife and I love him like we love our own son. His being imprisoned is a tragedy for us. We implore you to please be merciful and compassionate while deciding his fate.

**Sincerely,**

**Douglas S. Reid**

Client: Jason Reid

Dear Honorable , Judge
United States District Court
Charlotte, NC

I am writing to you on behalf of Jason Reid. I am aware of the criminal nature of the offense that Jason is accused of, and I am not making any excuses for that behavior. I am Jason Reid's Aunt by marriage. I currently work for a Clinical Research Organization and reside in Portland, Oregon. I attend the Cedar Mill Bible Church on a regular basis (weekly) and have grown up in the church, as my father was a pastor. I have known Jason since he was born. He has 2 brothers and a sister with a niece and nephew (he spent more time with his nephew. than his dad did with at the time). Jason is a young man who is very giving, helpful, and sensitive. He was the first of the four children to graduate college. And he is the second youngest. He is a responsible adult, he owns his own home and held down a fulltime job right out of college. Even though we have lived in separate states I have managed to visit with Jason's family often. They last time I saw Jason was in July 2015, when he stayed at my house, in Michigan, for a few days with his parents and sister to attend his cousins funeral. Before that he was at my home for my daughter's wedding where he stepped in at the last minute to help with the wedding. My other nephew who had agreed to conduct the fireworks at the reception left 30 minutes before the show. Jason stepped right in to help and my daughter didn't even know about the switch. She just knew her wedding was perfect and Jason was the reason everything went well. He is like that, he steps in when needed without question.

I feel strongly about Jason, and about his future, and I want to try to make you feel the same way. Jason has always been a kind and considerate young man. You could even call him shy. He was always one to accept his punishment and be remorseful about his indiscretion. Jason is a person of good moral character. I realize that might seem hard to believe, given the circumstances, but it's true nonetheless. I am convinced that he is a decent person at the core.

Jason has made mistakes, and he is incredibly remorseful, and is willing to do whatever it takes to make reparations, financially and emotionally, if possible. But to do that, he needs you to give him an opportunity to get a second chance. I recognize that Jason broke the law, and I do not believe that he should get off without punishment. I just hope you will recognize the power you wield with regard to the future of this young man, and make a fair decision.

Thank you for your time. Please feel free to contact me any time.

Sincerely Yours,
Beverley McNie

ROGER AND MARY JO MORGAN
25120 PENNYROYAL DRIVE
BONITA SPRINGS, FLORIDA 34134

RE: JASON REID
JUNE 27, 2017

TO WHOM IT MAY CONCERN:

LET US INTRODUCE OURSELVES. WE ARE ROGER AND MARY JO MORGAN, UNCLE AND AUNT OF JASON REID. WE HAVE KNOWN JASON SINCE THE DAY HE WAS BORN AND HAVE ALWAYS CONSIDERED HIM TO BE A VERY SPECIAL, HONEST AND TRUSTWORTHY SON, BROTHER AND NEPHEW.

JASON IS THE THIRD CHILD OF RICK AND BONNIE REID. WE WOULD LIKE TO FIRST START WITH HIS PARENTS. THEY ARE TWO OF THE MOST GIVING, CONSIDERATE, HONEST AND FORTHRIGHT PEOPLE THAT WE HAVE EVER BEEN AROUND. FOR INSTANCE, WE HAVE NEVER HEARD RICK UTTER A SWEAR WORD OR NEGATIVE COMMENT ON ANYONE .. EVER. LIKEWISE, JASON'S MOM, BONNIE HAS THE SAME MORAL CHARACTER AND CAN NEVER DO ENOUGH FOR OTHER PEOPLE. SHE CONSTANTLY HELPS FAMILY AND FRIENDS GET THROUGH WHATEVER DIVERSITY STANDS IN THEIR WAY. FAMILY HAS ALWAYS BEEN THE MOST IMPORTANT PART OF THEIR LIVES. WE HAVE ALWAYS KNOWN JASON TO HAVE THE SAME COMPASSIONATE HONESTY.

ONE EXAMPLE OF THIS COMPASSION WAS SHOWN TO US WHEN HE WAS AROUND 11 YEARS OLD AND VISITING US AT OUR HOME IN MICHIGAN. WE HAD AN ELDERLY DOG, AN AUSTRALIAN SHEPARD THAT HAD SOME SERIOUS HEALTH ISSUES. THE ADULTS WERE TALKING AND WE SAID WE SHOULD HAVE HAD A PAINTING DONE OF THE DOG BEFORE SHE PASSED AWAY. WE DIDN'T EVEN KNOW JASON WAS LISTENING AND HE WAS GONE FOR ABOUT HALF AN HOUR. WHEN HE CAME BACK HE WAS HOLDING THE SKETCH OF OUR DOG (AS SHOWN BELOW) THAT HE DREW. HE SAID "MAYBE THIS WILL HELP". WE'VE SAVED THIS SKETCH FOR ALL THESE YEARS AND WHENEVER WE LOOK AT IT WE THINK OF JASON. WE THINK NOT ONLY OF HIS TALENT, BUT HOW CARING HE HAD BEEN.

AS HAPPENS WITH FAMILY, BECAUSE OF JOB TRANSFERS AND OUR RETIREMENT, WE HAVE NOT LIVED CLOSE TO JASON AND HIS FAMILY FOR MANY YEARS. HOWEVER, WHEN THE OPPORTUNITY COMES AROUND FOR VISITS WE ALWAYS HAVE FUN AND ENJOY JASON'S COMPANY. THE LAST TIME HE WAS HERE IN FLORIDA WE WENT CANOEING, TOSSED A FOOTBALL, SWAM AND JUST HAD A LOT OF LAUGHS. HE IS ALWAYS A PLEASURE TO BE AROUND.

WE ARE WRITING THIS LETTER SO PEOPLE KNOW THAT JASON IS VERY MUCH LOVED AND HAS ALWAYS BEEN LOVED BY US, HIS AUNT AND UNCLE. TO US, HE IS A VERY SPECIAL YOUNG MAN.

SINCERELY,

Mary Jo Morgan
Roger T. Morgan

Honorable , Judge
United States District Court

I am writing to you on behalf of Jason Reid. I am Jason's cousin and have known him my whole life. I currently live in Portland, Oregon with my husband who is an Emergency Medicine Physician and I stay at home with our two young girls. I volunteer at my daughter's Montessori school and am the secretary of the local MOMS club.

Jason and I grew up in Michigan together and after his family moved to South Carolina my family and I would visit him every summer. I always looked forward to spending time with Jason and his family. I only have fond memories of Jason and consider him a kind, good human being who has made mistakes. Jason impressed me with his passion for graphic design and technology, and he worked hard continuing his education after high school and then after graduation fulfilling a full time job. He was very involved with his family spending a lot of quality time together, traveling, and just being there for each other.

He took the time to drive to Michigan with his family for my wedding. Not everyone would take the time off of their busy lives to do that, but Jason and his family did. I asked him to be an usher in our wedding, and he was very happy to. I felt proud to have him there, and glad to have him in some of my most precious wedding photos. My mother had planned a surprise firework show that night, and my other cousin who was in charge of that just up and left without a word. My mother was frantic trying to figure out how she would put on this surprise when she thought of Jason and he happily stepped up and put on the best firework show of my life. I literally cried with joy, and that may have not happened if Jason hadn't been there. As I look back on my wedding video that he was interviewed in I am so saddened by his terrible choice and where he is now because of it. He was so happy, had a lot to look

forward to, and loved his family dearly. I am asking that you take in consideration his sincere remorse, his family's despair, and the future of my cousin, Jason Reid.

Thank you for your time,

Jamie Smith

Ellington717@gmail.com
(248) 506- 2508

To Whom It May Concern,

My name is Sharon McNie and I am the Aunt of Jason Stewart Reid. I have known Jason for all his life. Jason has always been a creative and hard-working person. He always presented himself in a positive and respectful manner. Jason was always willing to help me out without expecting anything in return. He has never had any altercations in the family or society.

Jason has willingly taken responsibility for his actions right from the beginning. He has been cooperative through a very difficult and scary process. This shows his character by taking responsibility for his actions and to start working on his issues at hand. Whatever the reason(s) that occurred that made Jason lose his moral compass, he will work hard to right the wrong. He is the type of person that can and will learn from his mistakes.

I am a teacher of young children and a coach of teenage girls. I am trained to guide, mentor, teach and protect these young children. If I had any reservations at all that Jason would be a threat or danger to these or any children, I would not be writing to you now. I strongly feel that with the correct rehabilitation and some time, that Jason can be a productive citizen once again.

Please consider my letter as you review Jason's case. I firmly believe that with rehabilitation, Jason will become the responsible and trustworthy citizen we all strive to be. Thank you for your time.

Sharon McNie

**Cristin Butler**

**From:** Rob Heroy
**Sent:** Tuesday, July 11, 2017 9:09 AM
**To:** Cristin Butler
**Subject:** FW: Letter

**From:** Bonnie Reid [mailto:bjreid57@yahoo.com]
**Sent:** Tuesday, July 11, 2017 8:01 AM
**To:** Rob Heroy <RHeroy@Goodmancarr.net>
**Subject:** Fwd: Letter

This is from Jason's brother, Kevin

Bonnie Reid

Begin forwarded message:

> **From:** Kevin Reid <kevin@legalremedybrewing.com>
> **Date:** July 11, 2017 at 7:56:52 AM EDT
> **To:** bjreid57@yahoo.com
> **Subject: Letter**
>
> To whom it may concern
>
> My brother Jason Reid has a really good personality. Growing up we would always enjoy spending time outside having fun. He always had a really great character, always smiling and joking around. There was a time in my life when I could not be around for my son and he always was there to help spend time with him, take him to the park, etc. I always looked up to him. He had a nice house, nice job, nice car, nice things, the stuff that I did not have at the time. He is a hard worker, always learning how to do new things, try new outdoor activites, new music. He was always very family oriented as well, always would help out at family get togethers, birthdays, etc. He is an all around kind hearted soul

1

June 27, 2017

To whom it may concern,

My name is John McNie and I am writing this letter on behalf of my nephew, Jason Stewart Reid. I have known Jason all his life. I was very surprised to hear of the charges Jason is facing, as it is completely beyond of any perception I had or have of Jason. Although he may have made a mistake, I strongly feel that he will learn from it, change his behavior, and return to being a contributing member to our society.

Jason is a person who will own up to his mistakes, atone for them and change his behavior for the better. When Jason was about 10 years old, he and 3 of his cousins were playing with my collectible Tonka (toy) trucks at my parent's house. They started getting rough with them, to the point that my collectible trucks could have been damaged. I told the boys to stop what they were doing. However, they continued, which made me more upset. I finally told all the boys' parents that they would not listen to me and were about to ruin my property. The boys were all disciplined. Later that day, Jason was the only one who came up to me and apologized. His apology was sincere and from the heart.

In later years, if Jason was playing with my son (10 years younger) and they did something wrong, he would apologize to my son and us. He never made the same mistake again. Once he realized his action/decision was not a good one, he changed his behavior and moved on.

My sister (Jason's Mother), is completely distraught over this situation. She simply cannot believe he could be incarcerated the rest of her natural life and the fact that she could never hug him again is slowly destroying her.

I ask that you consider my input during your review of this case and give Jason some leniency and an opportunity to receive counseling, make amends, change his behavior for the better, and allow him to become a productive member to society again.

Thank you for your time.

With sincere regards,

John J McNie Jr.

Jason Reid is my grandson. He has always been a nice young man. Always had a smile and was fun to be with.

Jason is a good worker. He's been working since he was a teenager. He is reliable and honest. He is also very talented. His drawings are super.

I was so surprised when I heard why he is in jail. Never did I see any actions that would have been suspicious.

I hope and pray that he will get the help he needs. He is ready to accept the future and know he will work hard to do what he needs to do.

I'm sad that I'll never get to hug him and tell him I love and support him.

Grandma McNie

**Cristin Butler**

**From:** Rob Heroy
**Sent:** Tuesday, July 11, 2017 1:29 PM
**To:** Cristin Butler
**Subject:** Fwd: Letter for jason

Sent from my iPhone

Begin forwarded message:

> **From:** Bonnie Reid <bjreid57@yahoo.com>
> **Date:** July 11, 2017 at 11:18:41 AM EDT
> **To:** Rob Heroy <RHeroy@Goodmancarr.net>
> **Subject: Fw: Letter for jason**
> **Reply-To:** Bonnie Reid <bjreid57@yahoo.com>
>
> This is from our daughter-in-law.
>
> ----- Forwarded Message -----
> **From:** Emily Tully <etully@gmail.com>
> **To:** bjreid57@yahoo.com
> **Sent:** Tuesday, July 11, 2017 11:15 AM
> **Subject:** Letter for jason
>
> To Whom it May Concern,
>
> My name is Emily Fredricks Tully, and I am writing on behalf of Jason Stewart Reid. I have known Jason for almost seven years and am married to his brother closest in age, John.
>
> Over the years of getting to know Jason, I have watched him launch his own screen printing business, transition to a career in graphic design and buy his own home. Mostly, I think of him as a family man and a dear friend. He is a kind and sympathetic person.
>
> Jason admits that what he has done was wrong and takes responsibility for his actions. I am confident that he would never do anything hurtful or unlawful again.
>
> There is no doubt in my mind that Jason's immediate family will be there to support him when he is released from prison. He will have whatever help he requires to transition back into society where he can be a productive law-abiding member of the community.
>
> Thank you for your time and consideration.
>
> Sincerely,
>
> Emily Fredricks Tully, RN, BSN

1

Debi Larson
59 Timber Creek Lane
Acworth, GA 30101
678.708.7800
Debilarson6@yahoo.com
6/27/17

To whom it may concern:

I am Debi Larson a friend and co-worker of Jason Reid's for the past ten (10) years. Jason was a very hard working, well respected employee. He always arrived early to work and helped out in any way possible.

Jason's behavior towards me has been so kind, decent and professional that these serious charges were devastating. I am aware of the events surrounding Jason's arrest. I also know he has suffered personally for his actions.

Jason has always been a helpful person. On several occasions I witnessed firsthand Jason's commitment to his co-workers and desire to make sure the day would be a success. One particular time, I needed several workers to come in early and assist me. Jason was the first person to arrive and was the last person to leave. He was always a huge assist to our team of workers. Another time, after a 15 hour day, Jason saw me caring several heavy items to my car and stopped what he was doing to assist me and walk me safely to my car in the parking garage. On another occasion I observed Jason stay late help a co-worker complete her task. His absence has left a huge void in our workplace.

At home, I witnessed Jason with his niece and nephew whom adore him and miss him terribly. They are too young to understand prison. They only understand Uncle Jason can't come home right now. One time while I was visiting the Reid's home, I got to see the love these children have for their Uncle Jason.

Jason comes from a very loving family, which I know very well. They no doubt will provide him with the emotional support he will need while in prison. Jason know he has done wrong and regrets what he did. I ask you to consider these experiences in sentencing Jason.


Respectfully yours,

Debi Larson

Your Honor,

We are writing on behalf of Jason Reid. We have been friends with the Reid family for the past 15 years. We became friends with the Reid's when our boys played baseball together. Our son played baseball with Jason's younger brother. We traveled to baseball tournaments throughout North Carolina, South Carolina and Florida and Jason traveled with us. We also took a 7 day cruise with the Reid family that included Jason. We've spent many weekends together and got to know Jason very well.

With the four boys between us, Jason being the oldest and our son the youngest, we always felt blessed. They always got along and watched out for each other. It's not too often now a days that children spend a lot of time with their parents, we spent a lot of time with our kids. On the cruise we were so impressed that each night the 4 boys met us for the formal dinner. We thought they would rather be out exploring, but instead chose to have dinner with their parents. We trusted Jason to keep an eye on our youngest son and he never disappointed us. Jason has always been responsible, courteous and always willing to help if you needed it. I can't ever remember a time when he was in trouble. He's always worked hard and even owned his own home.

The Reid family is very closely knit. Rick and Bonnie are amazing supportive parents. They miss Jason tremendously and look forward to the day when they can be a whole family again.

We don't condone what Jason has done but hope you take into consideration the good things he has done in the past.

Sincerely,

James and Julie Moody

7-5-17

To Whom It May Concern,

My name is Jennifer Lyons. This letter is on behalf of Jason Reid. I have been friends with the Reid family for over 10 years. During this time, I have spent several hours with Jason Reid as a friend. Jason has always been an outstanding young man. Jason is smart, funny and a true family member. Jason is also considerate and hard working. Jason is highly regarded by the people that know him.

Jason is truly gifted in the arts and has a compassionate heart. The Reid family is a very loving family that will do anything for anyone. Although Jason is quite and sometimes shy, after spending time with him you would instantly know how kind hearted he is.

I am very close to his mother, Bonnie Reid. Bonnie has a true love for her son, as every mother should.

I hope this letter gives you some insight into Jason Reid's character, I have had the pleasure of knowing.

Thank you for your time.

Jennifer Lyons

7/5/2017

To Whom It May Concern,

    My name is Amanda Morgan, and this letter is in reference to Jason Reid's character. I am the Travel and Staffing Coordinator for Varsity Spirit and I have known Jason for six years both as a colleague and as a friend.

    In my position, I work with and manage a number of staff members, so I have the opportunity to see many aspects of each person's personality. I have always found Jason to be an extremely dependable, professional and caring individual, who is well-regarded by other staff members.

    Even though this was a part-time position for Jason, he took each event and position he was assigned seriously and exuded exceptional work ethic. He was constantly punctual and had the utmost courtesy when speaking to customers. If other staff members were ill or unable to travel last minute, Jason would be one of the first to respond to me, agreeing to work another event he was not originally scheduled for. He was never afraid of hard work. If we were unexpectedly short staffed, instead of complaining, he would take on the challenge and find a solution.

    Over the six years working together, Jason and I also became friends. Although quiet at times, after conversing with Jason, you would be able to see his kind heart. This was evident to me during the first time we shared a meal together. He listened closely during conversations, offering advice, antidotes from personal experience, or a laugh just at the right time.

    I hope this letter gives you some insight into Jason Reid's character and the friend and colleague I have had the pleasure of knowing.

Sincerely,

Amanda Morgan












